IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAKARAI HASANAI NETTER**                                              **PLAINTIFF**

v.                                          CIVIL ACTION NO.  **1:14-cv-375-JCG**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS ORDERED AND ADJUDGED** that this Civil Action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 14th day of March, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE